STATE OF NEW JERSEY v. MICHAEL SANTUCCI.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LOBEL.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RENE BRABANT.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK FLEISHER.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT H. BROWN.

July 2, 1984.

Petition for certification denied.